CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

April 7, 2023

James D. Murdock, II, Esq.
Taylor Anderson
1670 Broadway, Suite 900
Denver, CO  80202

John S. Bryan, Esq.
Bryan & Terrill Law
3015 E. Skelly Drive, Suite 400
Tulsa, OK  74105

Marni Nathan Kloster, Esq.
Nathan Dumm & Mayer
7900 East Union Avenue, Suite 600
Denver, CO  80237

Sean M. Dormer, Esq.
Dormer Harpring
3457 Ringsby Court, Unit 110
Denver, CO  80216

RE:  Nos. 23-1055 and -1075 – Sarah Lieberenz v. Kenneth Wilson

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, defendant's deadline for filing the first brief and appendix on cross-appeal is extended to **June 2, 2023**.

Sincerely,

*/s/ Kevin J. Kinnear*

Kevin J. Kinnear

KJK:dm